Earl Charles Martin #1914156
Robertson Unit
12071 FM 3522
Abilene, Tx, 79601

LEGAL MAIL

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JUN 11 2015
CHRISTOPHER A. PRINE
CLERK

ABILENE TX 795
08 JUN 2015 PM 1 T

Court of Appeals For The
First District Court
Attn: Clerk
301 Fannin St.
Houston, Tx, 77002
77002Houston, Tx,

LEGAL MAIL